_AO91 (Rev. 8/01)  Criminal Complaint

United States Magistrate Court
DSO-SDTX
FILED

SEP 15 2014

David J. Bradley, Clerk
Laredo Division

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Daniel RODRIGUEZ-Silva<br>Nuevo Laredo, Tamaulipas<br>Mexico   -1 | Case Number: 5:14mj1190-1 |
| Aron MUNIZ-Nino<br>Nuevo Laredo, Tamaulipas<br>Mexico   -2 | -2 |

(Name and Address of Defendants)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2014** in **Rio Bravo, Texas** **Webb** County, in
(Date)
the **Southern** District of **Texas,** **Daniel RODRIGUEZ-Silva** and **Aron MUNIZ-Nino** defendant(s),

both Mexican Nationals, did unlawfully, knowingly, and willingly transport (by means of foot guide) Mexican Nationals Hector RESENDIZ-Perez, Gilberto PEREZ-Rojas, and six (6) other Mexican Nationals within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Special Agent, U.S. Immigration & Customs Enforcement** and that this complaint is based on the
Official Title
following facts:   based on statements of the accused and records of the Immigration & Naturalization Service.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

**Stacey M. Owens**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 15, 2014**                at        **Laredo, Texas**
Date                                                   City and State

**Diana Song Quiorga**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

United States of America                                                                 Page 2

vs

Daniel RODRIGUEZ-Silva
Aron MUNIZ-Nino

**[CONT OF BASIS OF COMPLAINT]**

On September 11, 2014, Homeland Security Investigations (HSI) special agents (SAs) and task force officers (TFOs) from the HSI Laredo office responded to the United States Border Patrol (USBP), Laredo South station, to investigate the details of an alien smuggling event involving ten (10) undocumented aliens (UDAs) from Mexico. The UDAs were discovered after USBP camera operator observed a group of individuals running from the Rio Grande River towards Rio Bravo, Texas. Upon arriving to the USBP Laredo South station, HSI SAs and TFOs conducted interviews and identified Daniel RODRIGUEZ-Silva and Aron MUNIZ-Nino, Mexican Nationals, as foot guides and principals in this alien smuggling event. HSI took lead in this alien smuggling investigation and will be presenting this case for prosecution.

At approximately 6:00 a.m., USBP camera operator observed multiple individuals running from the Rio Grande River and dispatched BP units to the location. BP Agents responded to the call and observed multiple footprints leading from the Rio Grande River to an abandoned trailer house. Eleven individuals were found hiding underneath the trailer house. Four (4) individuals absconded. BP agents gave pursuit on foot and were able to apprehend two of the absconding subjects. A further search of the area resulted in one more apprehension.

An immigration inspection of the individuals determined the ten (10) Mexican Nationals were not in possession of proper documentation to work and/or reside in the United States legally. All ten (10) individuals were placed under arrest and transported to the USBP Laredo South station.

Upon arrival to the USBP Laredo South station, additional biographical information was gathered from the group. Hector RESENDIZ-Perez and Gilberto PEREZ-Rojas identified Daniel RODRIGUEZ-Silva and Aron MUNIZ-Nino as the foot guides of the group.

On September 11, 2014, HSI SAs read Daniel RODRIGUEZ-Silva and Aron MUNIZ-Nino their Miranda Rights separately, at which time RODRIGUEZ and MUNIZ both acknowledged and waived. Both RODRIGUEZ and MUNIZ agreed to speak with HSI SAs without an attorney present. Both stated they were going to be paid $50.00 per UDA they successfully smuggled.

HSI agents arrested RODRIGUEZ and MUNIZ for violations of Title 8, United States Code, Section 1324, transporting undocumented aliens.

Hector RESENDIZ-Perez and Gilberto PEREZ-Rojas are being held as material witnesses in the case against RODRIGUEZ and MUNIZ. The remaining UDAs were processed accordingly.